

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2019

No. 04-19-00583-CV

**IN THE INTEREST OF I.J.S., ET AL., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01574
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was due on October 14, 2019, and she filed a motion requesting an eight-day extension of time, until October 22, 2019.

After consideration, we **GRANT** appellant's motion for extension of time and **ORDER** her to file her brief **by or before October 22, 2019**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk